# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HERTZ CORPORATION | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TSD RENTAL LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. 07 CV 11793 RGS |
| v. | ) | |
| | ) | C.A. 07 CV 10302 RGS |
| ENTERPRISE RENT-A-CAR | ) | |
| COMPANY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE CRAWFORD GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' PRELIMINARY INFRINGEMENT CONTENTIONS

Pursuant to the Court's Scheduling Order issued on June 19, 2008, Defendants Enterprise Rent-A-Car Company and The Crawford Group, Inc. (collectively, "Defendants") provide this disclosure of their preliminary contentions concerning infringement of U.S. Patent No. 7,275,038 ("the '038 patent") by The Hertz Corporation ("Hertz") and TSD Rental LLC ("TSD") (collectively, "Plaintiffs").  This preliminary disclosure is based on information currently known to Defendants.

Defendants' investigation in connection with this lawsuit is continuing, the parties have yet to exchange discovery, and the Court has not yet construed the claims of the '038 patent.  At this time, Defendants do not have information sufficient to determine whether Hertz, TSD, or their customers infringe any claims of the '038 patent.  For example, Defendants have little or no information regarding (i) the architecture of computer systems maintained and operated by or on behalf of Hertz and TSD and (ii) the features and methods of using EDiCAR and other systems operated by or on behalf of Hertz and TSD.  Given the early stage of the case, Defendants base these preliminary infringement contentions on information publicly available to them at this time.  Defendants reserve the right to amend and supplement these preliminary contentions based on the Court's claim construction, as well as the receipt of additional information, through discovery or otherwise.

## I.    PRELIMINARY INFRINGEMENT CONTENTIONS

In Plaintiffs' First Amended and Supplemental Complaint ("Am. Compl."), Hertz and TSD admit that "Hertz, working with and through TSD, provides rental car services to insurance companies and to insureds in order to provide replacement rentals."  Am. Compl. ¶ 18. Moreover, Hertz admits that it "owns and operates numerous rental car locations in Massachusetts and elsewhere."  *Id.*  On information and belief, these rental car locations

correspond to or are equivalent to a plurality of geographically remote locations at which a plurality of rental vehicles are available for rent from Hertz, a rental vehicle service provider.

Plaintiffs further admit that Hertz "has a computerized car rental system that it has developed and has had in place for years to facilitate its provision of car rental services."  *Id.*  On information and belief, this computerized car rental system includes software corresponding to or equivalent to a fulfillment software program.

There is no dispute that TSD has created, and Hertz uses, a program known as "EDiCAR" that facilitates "communication between rental car companies and third party purchasers of rental vehicle services, such as insurance companies."  *Id.* ¶19-20.  A graphical image of the EDiCAR system, published by TSD, appears in Figure 1 below.  *See also* Ex. A.



**Figure 1: TSD Representation of the EDiCAR System**

According to Plaintiffs, the EDiCAR system "connects the in-house rental vehicle computer systems used by rental car companies, and the computer systems used by the third party purchasers, and enables the third party purchasers to use their computers to communicate with respect to replacement vehicle reservations."  Am. Compl. ¶19.  When connected with Hertz's in-house computers, EDiCAR allows "Hertz and certain insurance companies to request and manage insurance replacement car rentals so that Hertz can provide temporary replacement

transportation when insureds' cars are being repaired under insurance claims." *Id.* ¶ 20. Thus, on information and belief, EDiCAR, as used by Hertz, allows users to create and manage rental-vehicle reservations.

According to a brochure prepared by TSD, attached as Exhibit A to these preliminary contentions, EDiCAR allows an insurance adjuster to input a reservation request to a specific rental vendor. Ex. A at 2. As illustrated, for example, in Figure 2 below, the details of the reservation request may include information regarding a body shop where an insured's car is undergoing repair.



*When viewing the details of a reservation request, you are able to electronically Accept or Reject the reservation, sending your response directly to the insurance agent. You can also send a message to the adjuster.*

**Figure 2: Reservation Details Available in EDiCAR (Annotated)**

Figure 2, an annotated version of a portion of Exhibit A, illustrates that the reservation information presented by EDiCAR may include the name, location, and phone number of a body shop. Thus, on information and belief, EDiCAR displays data identifying a repair facility where a third party's vehicle is undergoing repair.

According to TSD, EDiCAR "receives the reservation request and electronically transmits the information to the rental vendor." Ex. A at 2. If the rental car company accepts the reservation, EDiCAR enables "the adjuster and the rental vendor [to] communicate via EDiCAR regarding extensions, authorizations, and other information." *Id.* Moreover, "[w]ith EDiCAR, insurance adjusters . . . can track authorization extensions closely." *Id.* at 3. Thus, on information and belief, EDiCAR displays data including or equivalent to the authorized number of days for open vehicle reservations on computers used by insurance adjusters.

EDiCAR also enables the rental vendor to send electronic invoices to the insurance company. *Id.* at 2. Specifically, TSD states that "[e]lectronic, paperless billing expedites the payment process" and that EDiCAR allows rental companies to close and invoice their agreements online. *Id.* at 3.

As stated, at this time, Defendants do not have information sufficient to determine whether Hertz, TSD, or their customers infringe any claims of the '038 patent. Defendants lack, *inter alia*, information regarding (i) the architecture of computer systems maintained and operated by or on behalf of Hertz and TSD and (ii) the features and methods of using EDiCAR and other systems operated by or on behalf of Hertz and TSD. As discovery in this case moves forward, however, Defendants anticipate learning information sufficient to supplement these preliminary infringement contentions and to amend their Answer to Plaintiffs' Complaint (Case No. C.A. 07 11793 RGS).

Respectfully submitted,
ENTERPRISE RENT-A-CAR COMPANY
and THE CRAWFORD GROUP, INC.


/s/ Beatrice B. Nguyen
Michael P. Boudett, BBO# 558757
Catherine H. Wicker, BBO# 664326
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
mboudett@foleyhoag.com
cwicker@foleyhoag.com

Michael A. Kahn (*Pro Hac Vice*)
Beatrice B. Nguyen (*Pro Hac Vice*)
Folger Levin & Kahn LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
(415) 986-2800
mkahn@flk.com
bnguyen@flk.com

Gerald F. Ivey (*Pro Hac Vice*)
Jeffrey C. Totten (*Pro Hac Vice*)
Finnegan Henderson
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
gerald.ivey@finnegan.com
jeffrey.totten@finnegan.com

Kenneth M. Frankel (*Pro Hac Vice*)
Robert L. Burns (*Pro Hac Vice*)
Finnegan Henderson
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700
kenneth.frankel@finnegan.com
robert.burns@finnegan.com

Dated:  August 1, 2008

## <u>CERTIFICATE OF SERVICE</u>

I, Beatrice B. Nguyen, certify that **Defendants' Preliminary Infringement Contentions** filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) on August 1, 2008.


                                           /s/ Beatrice B. Nguyen
                                            Beatrice B. Nguyen

29055\6001\611513.1