

# *Insurance Replacement Reservations*

  

## Drive Insurance Reservation Assignments
## To Your Rental Company



**800-743-1200  •  www.tsd-inc.com**

# The insurance replacement market is a booming area of the car rental industry.

**Use TSD's EDiCAR to get the most out of the growing insurance replacement market. Drive business by making it efficient and fast for insurance adjusters to communicate with you.**

EDiCAR's Internet Insurance Replacement Network links insurance claim centers with rental locations, allowing you to connect and share information electronically with insurance adjusters. As a proprietary link between the rental vendor and insurance agent, it allows for easy electronic communication, reducing paperwork, time spent on the phone, and errors. EDiCAR is a management tool for your rental business.



*Upon entering your EDiCAR portal, view a list of all unacknowledged requests. One click takes you to the details of the reservation.*

## Here's how *EDiCAR* works.



Insurance Claim Office

Your Rental Company

Your Internet Connection To Insurance Reservations



*When viewing the details of a reservation request, you are able to electronically Accept or Reject the reservation, sending your response directly to the insurance agent. You can also send a message to the adjuster.*

**Step 1.** An insurance adjuster inputs a request to a specific rental vendor. EdiCAR receives the reservation request and electronically transmits the information to the rental vendor.

**Step 2.** The rental agent reviews the request and either accepts or declines the reservation. EDiCAR delivers the response to the insurance adjuster.

**Step 3.** When the customer picks up the vehicle, EDiCAR delivers the open agreement information to the adjuster. During the rental, the adjuster and the rental vendor can communicate via EDiCAR regarding extensions, authorizations, and other information.

**Step 4.** When the vehicle is returned, the close agreement information is transmitted to the adjuster via EDiCAR. When applicable, an electronic invoice is also sent.



*The Queue Menu gives you a variety of options for viewing your reservations, requests, agreements, and invoices. It's also a great way to manage extensions.*



*The Lookup Menu provides you with a variety of options so you can find reservations quickly and easily.*

# Take full advantage of insurance replacement rental opportunity.



## #1 Thanks to Our Customers

### EDiCAR Benefits for Your Business

**Electronic Communication:** Reduce time and error by communicating online. Exchange clear information with the click of a button.

**Online Notifications:** Keep on top of your insurance replacement business with announcements of new requests, confirmations and messages each time you access EDiCAR.

**Easy Search Options:** Search by transaction number, renter name, pickup date, return date, and more to expedite customer service.

**Management Reporting:** Track billing authorization activity.

**Online Invoicing:** Close and invoice your agreements online. Electronic, paperless billing expedites the payment process. (Not available for all insurance agents).

### EDiCAR Benefits for the Insurance Agent

**Reduce Communication Time:** Send reservation requests electronically and receive responses with minimal communication time.

**Better Manage the Claim:** With EDiCAR, insurance adjusters know what vehicle the claimant is driving and can track authorization extensions closely.

**Know the Details:** Electronic messaging from the rental agent, plus the automatic transmission of agreement information mean you are always informed.



*"I think EDiCAR is great. It has opened a lot of doors for me that I could not get into before. I am very glad we decided to add EDiCAR to our business."*
Four Star Rent A Car, VA
Ralph Barrett

*"Working with TSD Support is great. My questions are answered quickly and professionally. TSD's reps are knowledgeable in both software and the rental industry, which really helps them understand and address our concerns."*
Discount Car & Truck
ONTARIO, Diane Caron

*"TSD's EDiCAR links us directly with insurance companies. This has allowed us to increase business with insurance agents by receiving direct reservations from adjusters and has removed the need for constant phone calls back and forth to adjusters. This way, we can remain competitive in the insurance replacement market."*
Reliable Rent A Car, MD
Alex Abrams

### Getting Started with EDiCAR

1. Establish a business relationship with the insurance adjusters at your local claim center.
2. Complete a Trading Partnership Agreement with the Insurance Company. Please note this process varies with each insurance company. Contact the adjuster(s) in your local claim center to request the agreement.
3. Contact your TSD Sales Representative to sign up with EDiCAR and receive the software and training to get your rental company participating in electronic commerce for insurance replacement rentals.

NOTES: — You need a local internet access account (DSL or dedicated business grade dial-up).
— EDiCAR is available with a standalone web page interface (does not require TSD RENTAL Software).
— If TSD RENTAL Management Software is installed the reservation and billing features automatically update EDiCAR insurance adjusters — Call for details.
— EDiCAR installation and use - EDiCAR is independent from TSD RENTAL Software and will be on a separate time line from TSD RENTAL Software. Allow 6 to 8 weeks before Insurance Company is totally integrated with EDiCAR.

**EDiCAR** (Electronic Data Interchange and Insurance Claim Automobile Replacement)



*Call: (800) 743-1200*
*Email: sales@tsd-inc.com*
*Web: www.tsd-inc.com*

**#1 in Vehicle Management Software and Technology**

### *A Reputation for Excellence*

TSD, Inc. was founded in 1983 to outfit the car rental industry with the latest in technology. For 20 years, TSD has remained committed to bringing innovation, know-how, and quality to the industry, and holds a prominent place in the car rental industry worldwide. TSD delivers the optimum products and services to increase accuracy and controls, improve customer service, and maximize profits by giving rental companies the tools they need to manage their businesses.

### *The Commitment of our Staff*

The people at TSD are dedicated to the success of their customers' businesses. They are involved with clients every step of the way, from developing the best solutions for the future to fielding any questions clients have for the Support staff, 7 days a week. In fact, many of those at TSD have worked in the car rental industry as counter agents, operators, and owners. Their diversity, experience, and enthusiasm for bringing the newest in technology, innovation and creativity to TSD's customers is a large part of our success.

### *Products to Help Your Rental Business Grow*

TSD's flagship product, the TSD RENTAL Management Software, is the industry-leading Windows-based software for the management and automation of any size fleet. TSD has all aspects of the rental industry covered with our Accounting and GL interfaces, credit card processing, EDiCAR Insurance Replacement System, REZCENTRAL Online Reservation System, dealership loaner management products, and more.

### *Managing Loaner Fleets*

TSD now offers solutions for dealerships with loaner fleets in their service departments. TSD LOANER Management Software allows you to better manage your vehicles by automating the process. TSD LOANER gives Service Managers more control with a variety of features designed to automatically keep the service department informed of where their vehicles are and what they can expect in future days.

### *Services for Your Success*

TSD's goal is to build the technical foundation for the future success of your business. Besides providing you with the latest in technology, we provide you with premium service, 7 days a week. We work to find the right fit of products for your needs, and guide you to use our products and services to maximize functionality and profitability. Some of our offerings include: New Customer Orientation, On-Site Installation and Training, Telephone Support, On-Screen Help, and more.

### *A Vision for the Future*

TSD recognizes that the future of the car rental industry is one of challenge and promise. The TSD Development team works year-round to bring you new sources of business and increased profits. TSD is a founding member of ACTRA (formerly ACTIF), and is involved with a number of other associations. We keep our finger on the pulse of the car rental and dealership industry to better serve your future needs and continue to help you succeed.



| | | | |
|---|---|---|---|
| *Toll Free Sales:* | (800) 743-1200 | *Fax:* | (978) 794-1455 |
| *Toll Free Support:* | (877) 360-5200 | *E-Mail:* | sales@tsd-inc.com |
| *Voice:* | (978) 794-1400 | *Web Page:* | www.tsd-inc.com |

**TSD is a technologies driven company specializing in software & services for vehicle rental & loaner businesses**
**TSD Inc., 1620 Turnpike Street North Andover, MA 01845-6222**
All logos and registered trademarks are the property of their respective corporations.    ©2005 TSD, Inc.


